UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL FILE NO. 08cv06380 PAM/JSM

---

Ecolab Inc.,

               Plaintiff,

vs.                                       **ORDER**

National Union Fire Insurance
Company of Pittsburgh, PA; and
Ryan A. Seeler,

               Defendants.

---

       Based upon the foregoing Stipulation of counsel (ECF Document Number 25) IT IS HEREBY ORDERED that Ecolab's claims against Seeler are dismissed without prejudice, without costs to any party, and subject to Seeler's agreement, as set forth in the parties' Stipulation, to appear at a reasonable location within his county of residence, or other location reasonably accessible to Seeler, voluntarily and without need for subpoena, in the event Ecolab seeks to depose Seeler.

                            SO ORDERED:


                            s/Paul A. Magnuson
                            Paul A. Magnuson
                            Judge of United States District Court

Dated:  August   28  , 2009